# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MISSOURI JOINT MUNICIPAL ELECTRIC UTILITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   No. 19-03338-CV-S-DPR ) |
| GRIDLIANCE HIGH PLAINS, LLC | ) ) |
| Defendants. | ) |

## **ORDER**

Due to a conflict, the undersigned recuses himself from this matter. The Clerk of the Court is directed to randomly reassign this case to another judge for all further proceedings.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: September 25, 2019